No. D–1852. IN RE DISBARMENT OF GREENE. Disbarment entered. [For earlier order herein, see 521 U. S. 1149.]

No. D–1857. IN RE DISBARMENT OF CHRISTENSEN. Disbarment entered. [For earlier order herein, see *ante*, p. 910.]

No. D–1864. IN RE DISBARMENT OF SOLBER. Disbarment entered. [For earlier order herein, see *ante*, p. 929.]

No. D–1873. IN RE DISBARMENT OF GRZYBEK. Disbarment entered. [For earlier order herein, see *ante*, p. 980.]

No. D–1877. IN RE DISBARMENT OF POLLAN. Disbarment entered. [For earlier order herein, see *ante*, p. 992.]

No. D–1881. IN RE DISBARMENT OF DICE. Disbarment entered. [For earlier order herein, see *ante*, p. 1012.]

No. D–1882. IN RE DISBARMENT OF PAPSIDERO. Disbarment entered. [For earlier order herein, see *ante*, p. 1013.]

No. D–1886. IN RE DISBARMENT OF POLLACK. Disbarment entered. [For earlier order herein, see *ante*, p. 1025.]

No. D–1887. IN RE DISBARMENT OF ANDREWS. Disbarment entered. [For earlier order herein, see *ante*, p. 1026.]

No. D–1890. IN RE DISBARMENT OF STERN. Paul A. Stern, of Chicago, Ill., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to the practice of law before this Court. The rule to show cause, issued on December 15, 1997 [*ante*, p. 1026], is discharged.

No. D–1893. IN RE DISBARMENT OF CALHOUN. Paul W. Calhoun, Jr., of Vidalia, Ga., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to the practice of law before this Court. The rule to show cause, issued on January 12, 1998 [*ante*, p. 1040], is discharged.

No. D–1900. IN RE DISBARMENT OF BARRERA. Motion to defer consideration denied. Disbarment entered. [For earlier order herein, see *ante*, p. 1041.]